*976 534 U. S. 831;
534 U. S. 831;
534 U. S. 832;
535 U. S. 904;
534 U. S. 832;
534 U. S. 849;
534 U. S. 857;
ante, p. 904;
535 U. S. 685;
ante, p. 904;
535 U. S. 1055;
535 U. S. 1056;
535 U. S. 1078;
535 U. S. 1057;
535 U. S. 1097;
535 U. S. 1112;
ante, p. 906;
ante, p. 918;
534 U. S. 901;
534 U. S. 965;
535 U. S. 933;
535 U. S. 957;
535 U. S. 959;
535 U. S. 998;
535 U. S. 1001;
535 U. S. 1020;
535 U. S. 962;
535 U. S. 1099;
*977 No. 01-8809.
No. 01-8823.
No. 01-8828.
No. 01-8832.
No. 01-8843.
No. 01-8875.
No. 01-8911.
No. 01-8970.
No. 01-8983.
No. 01-9045.
No. 01-9050.
No. 01-9059.
No. 01-9071.
No. 01-9075.
No. 01-9083.
No. 01-9108.
No. 01-9160.
No. 01-9180.
No. 01-9223.
No. 01-9257.
No. 01-9274.
No. 01-9283.
No. 01-9327.
No. 01-9391.
535 U. S. 1060;
535 U. S. 1004;
535 U. S. 1061;
535 U. S. 1024;
535 U. S. 1061;
535 U. S. 1099;
535 U. S. 1062;
535 U. S. 1064;
535 U. S. 1080;
535 U. S. 1082;
535 U. S. 1065;
535 U. S. 1010;
535 U. S. 1082;
535 U. S. 1083;
535 U. S. 1083;
535 U. S. 1083;
535 U. S. 1100;
535 U. S. 1101;
535 U. S. 1077;
535 U. S. 1086;
535 U. S. 1066;
535 U. S. 1103;
535 U. S. 1114;
535 U. S. 1116;
*978 No. 01-9393.
No. 01-9416.
No. 01-9437.
No. 01-9475.
No. 01-9502.
No. 01-9507.
No. 01-9532.
No. 01-9566.
No. 01-9567.
No. 01-9619.
No. 01-9624.
No. 01-9663.
No. 01-9682.
No. 01-9731.
No. 01-9819.
No. 01-9832.
No. 01-9884.
No. 01-10013.
No. 01-10094.
No. 01-10166.
535 U. S. 1116;
535 U. S. 1067;
535 U. S. 1104;
ante, p. 907;
535 U. S. 1069;
535 U. S. 1069;
535 U. S. 1070;
ante, p. 925;
535 U. S. 1071;
535 U. S. 1086;
ante, p. 910;
ante, p. 920;
535 U. S. 1087;
ante, p. 930;
535 U. S. 1106;
535 U. S. 1090;
535 U. S. 1107;
ante, p. 911;
ante, p. 913; and
ante, p. 915. Petitions for rehearing denied.